Argued April 15, affirmed April 9, 1929.

## D. L. WESTON *v.* MRS. R. HASSON ET AL.

(274 Pac. 903.)

For appellants there was a brief over the names of *Messrs. Carey & Kerr* and *Mr. Marvin K. Holland,* with an oral argument by *Mr. Holland.*

For respondent there was a brief and oral argument by *Mr. F. M. Phelps.*

PER CURIAM.—This is an appeal from a judgment in favor of plaintiff for the sum of $200 against defendants for damages resulting from an automobile collision at the intersection of East Stark and 82d Street, Portland, Oregon. We are of the opinion that appellants have not advanced sufficient reason for reversing the judgment. The case is a trivial one and involves no new principle of law. The judgment is affirmed. AFFIRMED.